UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICARDO PARSON, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| V. | |
| ABSOLUTE HOME AND COMMUNITY SERVICE, INC., | 5:21-cv-00285-FL |
| Defendant. | |

## ORDER

Having read and considered the Plaintiff's Second Motion for Entry of Default pursuant to Fed. R. Civ. P. 55(a), for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that default is entered against Defendant in this matter.

SO ORDERED this __6__ day of __October__, 2022.

Peter A. Moore, Jr.
Clerk of Court