UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICARDO PARSON, <br><br> Plaintiff, <br><br> V. <br><br> ABSOLUTE HOME AND COMMUNITY SERVICE, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 5:21-cv-00285-FL |

## ORDER

Having read and considered the Plaintiff's Motion to Set Aside Default Against Defendant, for good cause shown, the motion is **GRANTED.** It is hereby **ORDERED** that default against Defendant is set aside. Plaintiff may proceed with filing another motion for entry of default against Defendant.

**SO ORDERED** this 31st day of October, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge