UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICARDO PARSON,<br><br>　　Plaintiff,<br><br>V.<br><br>ABSOLUTE HOME AND COMMUNITY SERVICES, INC.,<br><br>　　Defendant. | CIVIL ACTION FILE NO.<br><br>5:21-cv-00285-FL |

## ORDER

Having read and considered the Plaintiff's Motion to Correct Misnomer in Defendant's Corporate Name, for good cause shown, the motion is **GRANTED.** It is hereby **ORDERED** that the Defendant's name shall reflect Absolute Home and Community Services, Inc., in the case caption and in all future filings. Pursuant to Fed.R.Civ.P. 15(c)(1)(C), this amendment will relate back to the date of the original pleading.

**SO ORDERED** this 10th day of November, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge